**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**CIVIL ACTION NO. 20-273-DLB**

**BRANDON SCOTT SIZEMORE**                                                          **PLAINTIFF**

**v.**                          **JUDGMENT**

**ANDREW SAUL, Commissioner**
**of the Social Security Administration**                                  **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1)      The administrative decision is **AFFIRMED** and Judgment is entered in favor of Defendant Commissioner;

(2)      Plaintiff Brandon Scott Sizemore's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**;

(3)      The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4)      This is a final and appealable order and no just cause for delay exists.

This 27th day of September, 2021.



Signed By:
*David L. Bunning* DB
United States District Judge

M:\DATA\SocialSecurity\MOOs\Lexington\20-273 Sizemore Judgment.docx